Honorable Thomas O. Rice

LUKINS & ANNIS, P.S.
REID G. JOHNSON, WSBA #44338
JARED DE GUZMAN, WSBA #61316
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA  99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| VICTOR OCHOA, | | NO. 4:24-CV-5097-TOR |
| | Plaintiff, | |
| v. | | JOINT STATUS REPORT |
| PASCO SCHOOL DISTRICT NO. 1 | | |
| | Defendant. | |

The parties held a Rule 26(f) conference on August 28, 2025, and submit the following joint status report and discovery plan pursuant to Fed. R. Civ. P. 26 and the Court's July 3, 2025, Order Setting Scheduling Conference (ECF No. 35).

**a. Jurisdiction and venue**

The Parties agree that jurisdiction and venue are proper.

**b. Service of process**

JOINT STATUS REPORT: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

9/8/25

Service of process is complete.

**c. Description of claims and defenses**

Plaintiff has brought a claim for retaliation in violation of 42 U.S.C. § 2000(e), *et seq.*, retaliation in violation of RCW § 49.60, *et seq.,* and wrongful discharge in violation of public policy Defendant denies Plaintiff's claims.

**d. Whether constitutionality of a statute is being challenged**

Non-applicable.

**e. Whether any issues should be certified to a state supreme court**

Non-applicable.

**f. Suggested deadline for adding additional parties, amending the pleadings, and seeking class certification**

No additional parties need be added and no class certification is necessary. The Parties stipulate to allow thirty days from filing of this Joint Status Report to allow Plaintiff to amend his Complaint to bring a cause of action for violation of the arbitration award.

**g. Whether all non-government corporate parties have filed the necessary ownership statement.**

Non-applicable.

**h. Whether the case involves a minor or incompetent party.**

Non-applicable.

JOINT STATUS REPORT: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

9/8/25

i. **Discovery**

- Initial disclosures will be accomplished on or before **September 17, 2025.**
- The parties intend to conduct discovery into their respective claims and defenses. The parties agree that discovery should open immediately upon filing of this Joint Status Report.
- The parties do not presently believe that there are any issues related to preservation of discoverable information.
- The parties agree that pursuant to FRE 502, any party in receipt of an inadvertent disclosure shall return and/or destroy any such inadvertent disclosure immediately.
- The parties have no proposed modifications to standard discovery procedures.
- The parties suggest that the expert witness disclosure deadline should be ninety days (90) before trial.
- The parties suggest discovery cutoff should be **September 17, 2026,** or six (6) months prior to trial.

j. **Anticipated motions and suggested dispositive motion filing deadlines**

The parties reserve the right to bring dispositive motions in accordance with the applicable court rules and to expedite the resolution of the lawsuit.

k. **Trial**

Plaintiff has requested a jury trial. The parties anticipate a five-day trial in the Eastern District of Washington. The Parties suggest a trial date of **April 5, 2027,** or at least eighteen (18) months from filing Joint Status Report.

l. **Likelihood of settlement and point at which parties can conduct meaningful dispute resolution.**

JOINT STATUS REPORT: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

9/8/25

The parties anticipate they can conduct meaningful dispute resolution in approximately six (6) to eight (8) months from the date of filing of this Joint Status Report.

**m. Any other matters that may be conductive to the just, speedy, and inexpensive determination of the action**

The parties have not identified any other matters.

**n. Whether the parties require the scheduling conference or consent to the Court striking the hearing and issuing a scheduling order.**

The parties consent to striking the hearing and issuing a scheduling order.

//

//

JOINT STATUS REPORT: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

9/8/25

Dated September 3, 2025

By: /s/ *Marc Stanley*

MARC D. STANLEY
DUNCAN K. FOBES
Patterson Buchanan Fobes & Leitch Inc. P.S.
1000 Second Ave., 30th Floor
Seattle, WA 98104
mds@pattersonbuchanan.com
*Attorney for Defendant*

Dated August 29, 2025

By: /s/ **Jared de Guzman**

REID G. JOHNSON
JARED DE GUZMAN
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave
Spokane, WA 99201-0466
jdeguzman@lukins.com
*Attorneys for Plaintiff*

JOINT STATUS REPORT: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

9/8/25

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of September, I served the foregoing document on counsel of record at the address and in the manner described below:

Duncan K. Fobes, WSBA #14964
Marc D. Stanley, WSBA #62443
Patterson Buchanan Fobes & Leitch, Inc., P.S.
1000 Second Ave., 30th Floor
Seattle, WA 98104

dkf@pattersonbuchanan.com

Attorneys for Defendant

| ☐ | U.S. Mail |
| ☐ | Hand Delivered |
| ☐ | Overnight Mail |
| ☐ | Telecopy (FAX) |
| ☒ | Via email / ECF |

Kirsten Price, Legal Assistant

JOINT STATUS REPORT: 6

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

9/8/25